MICHAEL J. HEYMAN
United States Attorney

MANDY M. MACKENZIE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Mandy.Mackenzie@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY JAMES ADAMS, <br><br> Defendant. | No. 3:26-cr-00062-ACP-KFR <br><br> COUNT 1 <br> POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE <br>    Vio. of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) <br><br> COUNT 2 <br> POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE <br>    Vio. of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) <br><br> COUNT 3 <br> POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME <br>    Vio. of 18 U.S.C. § 924(c)(1)(A)(i) <br><br> COUNT 4 <br> FELON IN POSSESSION OF FIREARMS <br>    Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

COUNT 5
POSSESSION OF COUNTERFEIT
CURRENCY
   Vio. of 18 U.S.C. § 472

CRIMINAL FORFEITURE
ALLEGATION 1:
   21 U.S.C. §§ 853(a)(1)&(2), 28 U.S.C.
§2461(c) and Fed. R. Crim. P. 32.2(a)

CRIMINAL FORFEITURE
ALLEGATION 2:
   18 U.S.C. § 924(d)(1), 21 U.S.C. § 853
and 28 U.S.C. § 2461(c)

**INDICTMENT**

The Grand Jury Charges that:

COUNT 1

On or about February 7, 2026, within the District of Alaska, the Defendant ANTHONY JAMES ADAMS, knowingly and intentionally possessed with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

COUNT 2

On or about February 7, 2026, within the District of Alaska, the Defendant ANTHONY JAMES ADAMS, knowingly and intentionally possessed with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving mixture and substance containing a detectable amount of fentanyl.

Page 2 of 6

All of which is in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT 3

On or about February 7, 2026, within the District of Alaska, the Defendant ANTHONY JAMES ADAMS, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of Controlled Substance with Intent to Distribute as charged in Counts 1 and 2 of this Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 4

On or about February 7, 2026, within the District of Alaska, the Defendant ANTHONY JAMES ADAMS, knowing he had previously been convicted of the following crimes punishable by imprisonment for terms exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, two firearms, a Smith &Wesson Revolver, Model 642 Airweight, .38 caliber pistol, and a FNH (FN America), Model FNX-45 Tactical, .45 caliber pistol.

Prior Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| September 28, 2020 | First Degree Theft-Vehicle | State of Alaska Superior Court, Third Judicial District | 3AN-19-7262CR |
| September 28, 2020 | Second Degree Robbery-Use of Force | State of Alaska Superior Court, Third Judicial District | 3AN-19-11347CR |
| July 1, 2016 | Second Degree Theft-From Person | State of Alaska Superior Court, Third Judicial District | 3AN-15-9774CR |

Case 3:26-cr-00062-WFP *SEALED* Document 2 Filed 07/22/26 Page 3 of 6

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

COUNT 5

On or about February 7, 2026, within the District of Alaska, the Defendant ANTHONY JAMES ADAMS, with the intent to defraud, did keep in possession or conceal any falsely made, forged, counterfeited, or altered obligation or other security of the United States.

All of which is in violation of 18 U.S.C. § 472.

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the Defendant, ANTHONY JAMES ADAMS, shall forfeit to the United States any property constituting, or derived from, or traceable to, any proceeds obtained, directly or indirectly, as a result such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property,

The property to be forfeited includes, but is not limited to:

1. Smith & Wesson Revolver, Model: 642 Airweight, Caliber: .38, Serial#: CWS1022;

2. FNH (FN America) Pistol, Model: FNX-45 Tactical, Caliber: .45, Serial#: FX3U198861; and

3. all associated magazines and ammunition.

Case 3:26-cr-00062-WFR *SEALED* Document 2 Filed 07/22/26 Page 4 of 6

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 3 and 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c)(1)(A) as set forth in Counts 2 and 3 of this Indictment, the Defendant, ANTHONY JAMES ADAMS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in commission of the offense, including, but not limited to:

Case 3:20-cr-00062-KDB-DCK *SEALED* Document 2 Filed 07/22/22 Page 5 of 6

1. Smith & Wesson Revolver, Model: 642 Airweight, Caliber: .38, Serial#: CWS1022;

2. FNH (FN America) Pistol, Model: FNX-45 Tactical, Caliber: .45, Serial#: FX3U198861; and

3. all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the

Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mandy M. Mackenzie
MANDY M. MACKENZIE
Assistant U.S. Attorney
United States of America

s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:   7/21/26

Case 3:26-cr-00062-WFP *SEALED* Document 2 Filed 07/22/26 Page 6 of 6